IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHADY HANAFY,<br>         Plaintiff,<br><br>v.<br><br>HILL INTERNATIONAL, INC.,<br>         Defendant. | CIVIL ACTION<br><br><br><br>NO.  22-878 |

## ORDER

**AND NOW**, this 19th day of April, 2023, upon consideration of Defendant's Motion for Summary Judgment (ECF Nos. 25, 29) and Plaintiff's response thereto (ECF No. 28), **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. With respect to Count I (pursuant to the ADA):

    a. Summary judgment is **DENIED** with respect to Plaintiff's disparate treatment claim.

    b. Summary judgment is **GRANTED** with respect to Plaintiff's hostile work environment, retaliation, and failure to accommodate claims.

2. With respect to Count II (pursuant to the FMLA):

    a. Summary judgment is **GRANTED** with respect to both Plaintiff's interference and retaliation claims.

3. With respect to Count III (pursuant to the ADEA):

    a. Summary judgment is **DENIED**.

4. With respect to Count IV (pursuant to Title VII):

    a. Summary judgment is **DENIED** with respect to Plaintiff's disparate treatment claim.

    b. Summary judgment is **GRANTED** with respect to Plaintiff's hostile work environment and retaliation claims.

5.  With respect to Count V (pursuant to 42 U.S.C. § 1981):

    a.  Summary judgment is **DENIED** with respect to Plaintiff's disparate treatment claim.

    b.  Summary judgment is **GRANTED** with respect to Plaintiff's retaliation claim.

6.  With respect to Count VI (pursuant to the PHRA):

    a.  Summary judgment is **DENIED** to the extent Plaintiff's PHRA claim is predicated on the same theories underlying Plaintiff's disparate treatment claims pursuant to the ADA, ADEA, Title VII, and Section 1981.

    b.  Summary judgment is **GRANTED** to the extent Plaintiff's PHRA claim is predicated on the same theories underlying Plaintiff's hostile work environment, retaliation, failure to accommodate, and FMLA interference claims.

**BY THE COURT:**

/S/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**